District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REANS SHARIF SULAIMAN & RONAHI ZAKI AHMED,<br><br>Plaintiffs,<br><br>v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); MARY ELIZABETH BRENNAN SENG[1], Director Texas Service Center, U.S. Citizenship and Immigration Services (USCIS);, ANTONY J BLINKEN, U.S. Secretary of State (USDOS); RINA BITTER, U.S. Assistant Secretary of State, Consular Affairs, USDOS; TIMMY T DAVIS, Ambassador, U.S. Embassy, Doha, Qatar, USDOS; PHILLIP SLATTERY, Director of the National Visa Center (NVC), USDOS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE,<br><br>Defendants. | Case No. 2:22-cv-01425-JLR<br><br>**JLR**<br>STIPULATED MOTION AND [PROPOSED] ORDER FOR 60-DAY STAY<br><br>NOTED FOR CONSIDERATION: DECEMBER 21, 2022 |

Plaintiffs' complaint challenges the government's delay in adjudicating Plaintiffs' Form I-130. *See* Dkt. 1. At this time, administrative processing is ongoing. The U.S. Citizenship and Immigration Services (USCIS) has reaffirmed the I-130 approval. The file was electronically

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Mary Elizabeth Brennan Seng is automatically substituted for her predecessor.

returned to the U.S. Embassy in Doha, Qatar on or about December 15, 2022. The parties therefore jointly propose to stay this matter for 60 days for further administrative processing and in an effort to resolve this matter without further litigation. The parties agree and propose that they will provide the Court with a Joint Status Report within 60 days to advise the Court of the status and whether there are any claims remaining for this Court to decide.

In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that all claims should be dismissed with prejudice against the following defendants UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); MARY ELIZABETH BRENNAN SENG, Director Texas Service Center, U.S. Citizenship and Immigration Services (USCIS); and U.S. CITIZENSHIP AND IMMIGRATION SERVICES.

SO STIPULATED.

Dated this 21st day of December, 2022.

| | |
|---|---|
| LAW OFFICES OF BART KLEIN | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Bart Klein*<br>BART KLEIN, WSBA #10909<br>605 1st Ave Ste 500<br>Seattle, WA 98104<br>Tel:   (206) 624-3787<br>Fax:   (206) 624-6371<br>Email: bart.klein@bartklein.com<br><br>*Attorney for Plaintiffs* | *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br><br>*Attorney for Defendants* |

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 21st day of December, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge